UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-23722-MARTINEZ-BECERRA

BRIAN SANTANA,

    Plaintiff,

v.

LINEBARGER GOGGAN BLAIR &
SAMPSON LLP,

    Defendant.
_____/

### ORDER STAYING CASE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On December 16, 2021, the Court held a hearing on whether this case should be remanded to the state Court, dismissed, or stayed in light *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1103 (11th Cir. 2021). The Court also heard argument on Plaintiff's Motion to Remand, (ECF No. 11). After careful consideration, it is

**ORDERED AND ADJUDGED** as follows:

    1.    This case is **STAYED** pending the Eleventh Circuit's opinion after rehearing en banc of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021).

    2.    The Parties shall file a joint status report w**ithin seven days** of the issuance of an opinion in *Hunstein*.

    3.    This case is **CLOSED for administrative purposes**. All pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

DONE and ORDERED in Chambers at Miami, Florida this 16th day of December, 2021.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record